**EXHIBIT B**

Case 1:06-cv-00841-GK    Document 1-3    Filed 05/08/2006    Page 1 of 4

# DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP

*2101 L Street NW • Washington, DC 20037-1526*
*Tel (202) 785-9700 • Fax (202) 887-0689*
*Writer's Direct Dial: (202) 828-2234*
*E-Mail Address: MitznerI@dsmo.com*

February 6, 2006

**By Facsimile and Certified Mail**

Mr. L. Ken Lippert
Vice President
Continental Masonry Corporation
6820 N. Classen Blvd.
Oklahoma City, OK 73116

Re:     Withdrawal Liability Default Notification

Dear Mr. Lippert:

On November 30, 2005, David F. Stupar, Executive Director of the Bricklayers and Trowel Trades International Pension Fund ("IPF"), sent Continental Masonry a demand for Employer Withdrawal Liability ("EWL"), along with attached reports from the IPF's actuary setting forth the basis for the EWL owed by this company. The EWL demand indicated that Continental Masonry owed EWL in the amount of $118,928.00, pursuant to the Multiemployer Pension Plan Amendments Act of 1980 ("MPPAA") and the IPF's Withdrawal Liability Procedures. The EWL demand further explained that Continental Masonry is required to make interim EWL payments to the IPF reflecting an amortization of the total EWL over a number of months. Specifically, Continental Masonry is required to pay the IPF $4,043.41 for 31 months plus a final payment of $1,704.95.

In addition, the November 30, 2005 demand letter instructed Continental Masonry that its first interim EWL payment was required to be made within 60 days of November 30, 2005, or by January 29, 2006. As of the date of this letter, Continental Masonry has failed to make its initial payment in a timely fashion. Accordingly, Continental Masonry is hereby notified that it has 60 days from the date of this letter to cure this failure and make the interim payments required pursuant to the payment schedule set forth in the IPF's November 30, 2005 demand. If Continental Masonry does not make such payments within 60 days, or on or before April 7, 2006, it will be deemed in default pursuant to 29 U.S.C. § 1399(c)(5) and the IPF Withdrawal Liability Procedures. At that point, the IPF will be entitled to immediate payment of the total outstanding EWL, plus accrued interest on the total outstanding liability from the due date of the first payment that was not timely made, plus any other damages recoverable under ERISA and/or the IPF procedures.

DSMDB.2037726.1

*1177 Avenue of the Americas • New York, New York 10036-2714*
*Tel (212) 835-1400 • Fax (212) 997-9880*
*www.legalinnovators.com*



Continental Masonry
February 6, 2006
Page 2

If you have any questions, please do not hesitate to call.

Sincerely,

Ira R. Mitzner

cc: David F. Stupar, Executive Director, IPF
Michael Murphy, Director of Revenue Accounting, IPF
Craig Weir, Editor, IPF

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. L. Ken Lippert
   Vice President
   Continental Masonry Corp.
   6820 N. Classen Blvd.
   Oklahoma City, OK  73116

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☒ Agent  ☐ Addressee

B. Received by (Printed Name)  Corey Scott
C. Date of Delivery  2/13/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)  7002 0860 0005 0005 1244 7851

PS Form 3811, August 2001   Domestic Return Receipt   102595-01-M-2509



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

J. Mitzner (Continental Masonry EWL)

| | | |
|---|---|---|
| Postage | $ .39 | |
| Certified Fee | 2.40 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.85 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 4.64 | |

Sent To: Mr. L. Ken Lippert, Vice President
Street, Apt. No.; or PO Box No.  6820 N. Classen Blvd.
City, State, ZIP+4  Oklahoma City, OK  73116

PS Form 3800, April 2002   See Reverse for Instructions

7002 0860 0005 0005 1244 7851