IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No 06-0841 (GK) |
| CONTINENTAL MASONRY CORPORATION | ) ) ) |
| Defendant. | ) ) |

## DECLARATION IN SUPPORT OF
## WAIVER OF SERVICE OF SUMMONS

Pursuant to 28 U.S.C. § 1746, I, **IRA R. MITZNER**, hereby declare as follows:

1. I am a partner with the firm of Dickstein Shapiro LLP and the counsel of record for the Plaintiffs in the above-captioned case.

2. On June 29, 2006, a Waiver of Service of Summons ("Waiver") naming CONTINENTAL MASONRY CORPORATION, was sent to Roland L. Walker, Esq., counsel for Defendant.

3. The signed Waiver, included herewith as Exhibit A, confirms that the Waiver was received and signed. The Waiver shows the signature of Ronald L. Walker, Esq., counsel to Continental Masonry Corporation.

I declare under penalty of perjury that the foregoing is true and correct.

Date: August 30, 2006

_____
Ira R. Mitzner