CO-538
Rev. 3/87

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.,

)
)
)
vs.                                  )    Civil Action No. 06-0841 (GK)
)
)
CONTINENTAL MASONRY CORPORATION   )

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this 31st day of August, 2006, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) CONTINENTAL MASONRY CORPORATION

was [were]:   [personally served with process on _____].
OR
[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee): _____].

OR
[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):
July 20, 2006 _____].
[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:
29 U.S.C. Section 1132(e)(2) _____].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_____
Attorney for Plaintiff(s) [signature]
Ira R. Mitzner
Dickstein Shapiro LLP

184564                                1825 Eye St., N.W., Washington, DC 20006

Bar Id. Number                        Address and Telephone Number (202) 420-2200

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CONTINENTAL MASONRY CORPORATION,<br><br>    Defendant. | Civil Action No. 06-0841 (GK) |

## LOCAL RULE 7(k) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

    Ira R. Mitzner, Esquire
    Dickstein Shapiro LLP
    1825 Eye Street, N.W.
    Washington, D.C.  20006

    Ronald L. Walker, Esq.
    Walls Walker Harris & Wolfe, PLLC
    3030 N.W. Expressway, Suite 500
    Oklahoma City, OK  73112