Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN J. FLYNN, et al.

    Plaintiff(s)

V.

Civil Action No. 06-841 (GK)

CONTINENTAL MASONRY CORPORATION

    Defendant(s)

RE: CONTINENTAL MASONRY CORPORATION

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on June 29, 2006, and an affidavit on behalf of the plaintiff having been filed, it is this 1st day of September, 2006 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
    Deputy Clerk