DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP

2101 L Street NW • Washington, DC 20037-1526
Tel (202) 785-9700 • Fax (202) 887-0689
Writer's Direct Dial: (202) 828-2234
E-Mail Address: Mitznerl@dsmo.com

May 9, 2006

**By Facsimile and Certified Mail**

Mr. Ronald L. Walker
Walls, Walker, Harris & Wolfe, PLLC
3030 NW Expressway
Suite 500
Oklahoma City, OK 73112

Re:   John Flynn v. Continental Masonry Corp.

Dear Mr. Walker:

Enclosed is a revised employer withdrawal liability ("EWL") assessment of $166,022 against Continental Masonry Corporation ("Continental Masonry"). In its initial EWL assessment, the Bricklayers & Trowel Trades International Pension Fund ("the IPF") did not include contributions arising from the prior plan, the Bricklayers International Union No. 5 of Oklahoma Pension Fund, that merged into the IPF on December 1, 1998.

Pursuant to the IPF's monthly payment schedule for this revised assessment, Continental Masonry is required to pay the IPF $4,043.41 for 45 months and a final payment of $2,577.09. Any resolution would require a stipulated judgment.

Please feel free to contact me with any questions.

Very truly,

Ira R. Mitzner

Enclosure
cc:   David F. Stupar, Executive Director, IPF
      Michael Murphy, Director of Revenue Accounting, IPF
      Craig Weir, Editor, IPF

DSMDB.2083851.1

*1177 Avenue of the Americas • New York, New York 10036-2714*
*Tel (212) 835-1400 • Fax (212) 997-9880*
*www.legalinnovators.com*

Continental
EWL

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>A. Liu  5-15-06 |
| 1. Article Addressed to:<br><br>Ronald L. Walker, Esq.<br>Walls, Walker, Harris<br>  & Wolfe, PLLC<br>3030 NW Expressway<br>Suite 500<br>Oklahoma City, OK  73112 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7005 1160 0004 7896 1782 |
| PS Form 3811, August 2001 | Domestic Return Receipt   102595-02-M-1540 |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>A. Liu  5-15-06 |
| 1. Article Addressed to:<br><br>Ronald L. Walker, Esq.<br>Walls, Walker, Harris<br>  & Wolfe, PLLC<br>3030 NW Expressway<br>Suite 500<br>Oklahoma City, OK  73112 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7005 1160 0004 7896 1782 |
| PS Form 3811, August 2001 | Domestic Return Receipt   102595-02-M-1540 |