IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 06-0841 (GK) |
| CONTINENTAL MASONRY CORPORATION, | ) |
| Defendant. | ) |

**MOTION TO VACATE DEFAULT AND RE-ENTER DEFAULT AS TO AMENDED COMPLAINT, AND INCORPORATED MEMORANDUM IN SUPPORT THEREOF**

Plaintiffs, Trustees of the Bricklayers and Trowel Trades International Pension Fund ("Plaintiffs" or "Fund") by their attorneys, and in accordance with Federal Rule of Civil Procedure 55(c), move this Court to (i) vacate the default entered on September 1, 2006 by the Clerk of this Court against Continental Masonry Corporation ("Defendant"), for Defendant's failure to file an Answer to the Complaint, and to (ii) re-enter default in favor of Plaintiffs and against Defendant, for Defendant's failure to file an Answer to the Amended Complaint filed by Plaintiffs in this matter. Plaintiffs motion for re-entry of default is supported by the Affidavit in Support of Default of Ira R. Mitzner attached hereto as Exhibit A.

1. On May 8, 2006, Plaintiffs filed a Complaint for a total due of $118,928.00 against Continental Masonry Corporation for its failure to make required Withdrawal Liability payments as determined due by a Report prepared by the Fund's actuary, The Segal Company ("Segal").

2. On September 1, 2006, the Clerk of this Court entered default against Defendant for its failure to file an Answer to the Complaint.

3. On November 2, 2006, Plaintiffs filed an Amended Complaint for a total due of $166,022.00 against Defendant based on a revised Withdrawal Liability report prepared by Segal and served the Amended Complaint by first class mail, postage pre-paid on Defendant.

4. Pursuant to the Federal Rules of Civil Procedure, the Defendant was required to answer or respond to the Amended Complaint by August 28, 2006.

5. To date, Defendant has failed to file an Answer or otherwise respond to the Plaintiffs' Amended Complaint.

6. Plaintiffs, therefore, seek to have default entered against Defendant for its failure to file an Answer to the Amended Complaint. *See* Affidavit in Support of Default of Ira R. Mitzner attached as Exhibit A.[1]

WHEREFORE, Plaintiffs respectfully request that this Court vacate the default entered by the Clerk against Defendant on September 1, 2006 for its failure to file an Answer to the Complaint filed by Plaintiffs on May 8, 2006, and re-enter default against Defendant for its failure to file an Answer to the Amended Complaint filed by Plaintiffs on November 2, 2006.

Dated: December 7, 2006

Respectfully submitted,

By: _____
Ira R. Mitzner, DC Bar No. 184564
Charles V. Mahler III, DC Bar No. 475909
Johnisha Matthews, DC Bar No. 492478
Dickstein Shapiro LLP
1825 Eye Street, NW
Washington, DC 20006-5403
T: (202) 420-2200
F: (202) 420-2201

---

[1] The Affidavit in Support of Default executed by Ira R. Mitzner, attached hereto as Exhibit A, lists the date of service as July 20, 2006 (the date the waiver of service of the Complaint was signed, pursuant to Federal Rule of Civil Procedure 4(d)(2), by Ronald L. Walker, Defendant's attorney). As certified by the Certificate of Service filed with the Amended Complaint on November 2, 2006, Defendant was served with the Amended Complaint by first class mail, postage prepaid on November 2, 2006.

DSMDB-2180277v01

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Vacate Default and Re-Enter Default as to Amended Complaint and Incorporated Memorandum in Support Thereof, proposed Order, and Local Rule 7(k) Statement, was served by first-class mail, postage prepaid, on the 7th day of December, 2006 upon:

Continental Masonry Corporation
6820 N. Classen Boulevard
Oklahoma City, OK  73116

*/s/ Andrea Newell*
Andrea Newell