# Exhibit A

CO-538
Rev. 3/87

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.
　　　　　　Plaintiffs   )
　　　　　　　　　　　　)
　　vs.　　　　　　　　 )　Civil Action No. 06-0841
　　　　　　　　　　　　)
　　　　　　　　　　　　)
CONTINENTAL MASONRY CORP.   )
　　　　　　Defendant

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this __7th__ day of __Dec.__, __2006__ that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) __CONTINENTAL MASONRY CORPORATION__ was [were]:

[personally served with process on _____].

OR

[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee): _____].

OR

[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): __July 20, 2006__].

[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: __29 U.S.C. Section 1132(e)(2)__].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [~~although an extension has been given, the time for filing has expired~~]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

　　　　　　　　　　　　　　　　　　_/s/ Ira R. Mitzner_
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff(s) [signature]
　　　　　　　　　　　　　　　　　　Ira R. Mitzner
　　　　　　　　　　　　　　　　　　Dickstein Shapiro LLP
__184564__　　　　　　　　　　　　 1825 Eye St., N.W., Washington, DC  20006
Bar Id. Number　　　　　　　　　　 Address and Telephone Number (202) 420-2200