IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CONTINENTAL MASONRY CORPORATION, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-0841 (GK) |

## ORDER

Upon consideration of the Plaintiffs' Motion to Vacate Default and Re-Enter Default as to Amended Complaint, and Incorporated Memorandum in Support Thereof, and any opposition thereto, the Court finds that the motion should be granted. **ACCORDINGLY**, it is hereby

**ORDERED**, that the motion be, and it hereby is, **GRANTED**, and further

**ORDERED**, that the default entered by the Clerk of this Court on September 1, 2006, be vacated and that the Clerk re-enter default against Defendant for its failure to file an Answer to the Amended Complaint in this matter.

**SO ORDERED**, this _____ day of _____, 2006.

_____
Gladys Kessler
United States District Judge

2181986.01

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CONTINENTAL MASONRY CORPORATION, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-0841 (GK) |

## LOCAL RULE 7(k) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

Ira R. Mitzner, Esquire
Dickstein Shapiro LLP
1825 Eye Street, N.W.
Washington, D.C. 20006

Continental Masonry Corporation
6820 N. Classen Boulevard
Oklahoma City, OK 73116