Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN J. FLYNN, et al.
_____

     Plaintiff(s)

V.                                    Civil Action No. 06-841 (GK)

CONTINENTAL MASONRY CORPORATION
_____

     Defendant(s)

RE: CONTINENTAL MASONRY CORPORATION

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with ~~summons and~~ A AMENDED copy of the complaint on November 2, 2006, and an affidavit on behalf of the plaintiff having been filed, it is this 28th day of December, 2006 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
                 Deputy Clerk