IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN J. FLYNN, JAMES BOLAND, GERALD O'MALLEY KEN LAMBERT, GERARD SCARANO, H.J. BRAMLETT EUGENE GEORGE, PAUL SONGER, CHARLES VELARDO, MATTHEW AQUILINE, GREGORY R. HESS, MICHAEL SCHMERBECK, VINCENT DELAZZERO, and BEN CAPP, JR, as Trustees of, and on behalf of the BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND, 1776 Eye Street, NW, Fifth Floor Washington, DC 20006 (202) 783-3788, <br><br>  Plaintiffs, <br><br> v. <br><br> CONTINENTAL MASONRY CORPORATION, <br><br>  Defendant. | Case No. 06 CV-0841 <br> Judge: Gladys Kessler |

## MOTION FOR ENTRY OF DEFAULT JUDGMENT
## AND INCORPORATED MEMORANDUM IN SUPPORT THEREOF

Plaintiffs, by their attorneys, and in accordance with Federal Rule of Civil Procedure 55(b)(2), move this Court to enter a default judgment in favor of the Plaintiffs and against Defendants in the amount of $203,848.40 on the ground that default has been entered against Defendant for failure to answer the Complaint. This motion is supported by the Declarations of David F. Stupar, attached hereto as Exhibit A and Ira Mitzner, attached hereto as Exhibit B. The certificate of the Clerk of this Court declaring Defendant in default is attached hereto as Exhibit C. A copy of the Complaint filed by Plaintiffs is attached hereto as Exhibit D.

### FACTS

Plaintiffs, John Flynn, *et al.*, filed the Complaint in this case on May 8, 2006. A Waiver of Service of Summons ("Waiver") naming Continental Masonry Corporation

2156426.01

(hereinafter "Defendant") was executed by Ronald L. Walker, Esq., then counsel for Defendant, on July 20, 2006. Defendant failed to file an Answer to the Complaint. On November 2, 2006, Plaintiffs filed an Amended Complaint in this case, which was served on Defendant on November 2, 2006. (Attorney Walker previously had advised the Plaintiffs that he no longer represented Defendant.) Defendant also failed to file an Answer to the Amended Complaint. On December 28, 2006, the Clerk of this Court declared Defendant to be in default.

## ARGUMENT

Rule 55 of the Federal Rules of Civil Procedure provides that when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, the Clerk shall enter the party's default and "the party entitled to a judgment by default shall apply to the court therefore." Defendants have failed to answer the Complaint, default has been entered by the Clerk, and Plaintiffs are entitled to judgment. Accordingly, Plaintiffs' motion for a default judgment should be granted. *See, e.g., Trustees of the Local 306, United Ass'n. Health & Welfare Fund v. Am. Testing & Inspection, Inc.*, No-88-2274-OG, 1988 WL 134942, *1 (D. D.C. Nov. 30, 1988) (entering default judgment where "defendant has failed to respond at any step of these proceedings or otherwise enter an appearance"); *Sanderford v. Prudential Ins. Co. of Am.*, 902 F.2d 897, 901 (11th Cir. 1990) (affirming entry of default judgment as "[n]either the text of the Federal Rules, nor judicial interpretation placed in the rules by the Federal Courts contemplate that a party may totally ignore pleadings and notices it receives").

## CONCLUSION

For the foregoing reasons, a default judgment should be entered in favor of Plaintiffs and against Defendant in the amount of $203,848.40 plus future interest accrued through the date of entry of judgment.

Date: January 22, 2007

Respectfully submitted,

By _____
Ira R. Mitzner, (DC Bar No. 184564)
Johnisha Matthews, (DC Bar No. 492478)
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC  20006
(202) 420-2200

Counsel for Plaintiffs

2156426.01

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Entry of Default Judgment, with the Declaration of David F. Stupar, Declaration of Ira R. Mitzner, proposed Judgment, and Local Rule 7(k) Statement, was served by first-class mail, postage prepaid, on the 22nd day of January 2007 upon:

Continental Masonry Corporation
6820 N. Classen Boulevard
Oklahoma City, OK  73116

Andrea Newell