# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN J. FLYNN, JAMES BOLAND, GERALD O'MALLEY )
KEN LAMBERT, GERARD SCARANO, H.J. BRAMLETT )
EUGENE GEORGE, PAUL SONGER, CHARLES )
VELARDO, MATTHEW AQUILINE, GREGORY R. HESS, )
MICHAEL SCHMERBECK, VINCENT DELAZZERO, )
and BEN CAPP, JR, as Trustees of, and on behalf of the )
BRICKLAYERS & TROWEL TRADES INTERNATIONAL )
PENSION FUND, )
  620 F Street, NW, Suite 700 )
  Washington, DC 20004-1604 )
  (202) 783-3788, )
)
            Plaintiffs, )
)
            v. )  Case No. 06 CV-0841
)  Judge: Gladys Kessler
CONTINENTAL MASONRY CORPORATION, )
)
            Defendant. )
)

## DECLARATION OF IRA R. MITZNER
## IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

Pursuant to 28 U.S.C. § 1746, I, IRA R. MITZNER, hereby declare as follows:

1. I am a partner with the firm of Dickstein Shapiro LLP and the counsel of record for the Plaintiffs John Flynn, James Boland, Gerald O'Malley, Ken Lambert, Gerard Scarano, H.J. Bramlett, Eugene George, Paul Songer, Charles Velardo, Matthew Aquiline, Gregory R. Hess, Michael Schmerbeck, Vincent Delazzero and Ben Capp, Jr., ("IPF" or "Fund"), in the above-captioned case. I have personal knowledge of the facts stated herein.

2. On May 8, 2006, Plaintiffs filed the Complaint in this case. On June 29, 2006, a Waiver of Service of Summons ("Waiver") naming Continental Masonry Corporation (hereinafter "Defendant") was sent to Ronald L. Walker, Esq., and was executed by Mr. Walker, then counsel to Defendant, on behalf of Defendant on July 20, 2006.

2156421.01

3. On September 6, 2006, counsel for Plaintiffs received a letter from Ronald Walker, Esq., advising that he no longer represented Continental Masonry in this matter. (*See* Attachment 1.)

4. On November 2, Plaintiffs filed an Amended Complaint in this matter and served the Amended Complaint on Defendant on November 2, 2006.

5. As of this date, no Answer to the Complaint or Amended Complaint is reflected on the docket.

6. As set forth in the accompanying Declaration of David Stupar, Defendant owes Plaintiffs $203,848.40 in unpaid withdrawal liability, liquidated damages, court filing fees and attorney's fees.

7. Defendants have defaulted on their payment schedule and their failure to pay is treated as a delinquency. 29 U.S.C. § 1401(d). The Employee Retirement Income Security Act of 1974 ("ERISA") provides for the mandatory award of attorney's fees. ERISA Section 502(g)(2)(D). Plaintiffs' counsel has charged the Fund less than the firm's market rate in this matter for well-intentioned, public-spirited reasons. Counsel for Plaintiffs has offered this reduced fee in order to mitigate financial hardships to the Fund, which provides retirement benefits to members of the International Union of Bricklayer and Allied Craftworkers. We believe that our efforts help to ensure the viability of the Fund and, in turn, the welfare of those participants and beneficiaries who depend on their pensions for income after retirement.

8. Counsel for the Funds, consistent with the decision of the United States Court of Appeals for the District of Columbia Circuit in *Board of Trustees of the Hotel and Restaurant Employees Local 25 and Employers' Health and Welfare Fund v. JPR, Inc.*, 136 F.3d 794, 800-808 (D.C. Cir. 1998), on remand, 1999 WL 1567733 (D.D.C Sept. 10, 1999), and for the reasons

set forth in paragraph 7 above, therefore seeks to recover its market rates in this action rather than the reduced fee charged to the Fund.

9. The fees generated to date by Dickstein Shapiro LLP in this action at market rates, calculated according to the normal billing rates in effect currently or at the time services were performed for the Fund, are as follows:

| | Hours | Per Hour | Total |
|---|---|---|---|
| Ira R. Mitzner (Partner) | 1.60 | $510.00 | $816.00 |
| Charles V. Mehler III (Associate) | 0.30 | $350.00 | $105.00 |
| Johnisha Matthews (Associate) | 6.80 | $255.00 | $1,734.00 |
| Claudette Elmes (Paralegal Specialist) | 9.80 | $165.00 | $1,617.00 |
| **Total** | | | **$4,272.00** |

10. The default of Defendant for failure to answer was entered by the Clerk of this Court on December 28, 2006.

11. The total balance due Plaintiffs by Defendant as of this date is $203,848.40.

12. Plaintiffs therefore pray for entry of default judgment in favor of Plaintiffs in the amount $203,848.40, plus future interest accrued through the date of entry of judgment.

I declare under penalty of perjury that the foregoing is true and correct.

Date: January 22, 2007

_____
Ira R. Mitzner

3

2156421.01

**EXHIBIT 1**

# Walls Walker Harris & Wolfe, PLLC

UNION PLAZA, SUITE 500 • 3030 NW EXPRESSWAY • OKLAHOMA CITY, OK 73112-5434
405.702.5300 • Fax: 405.702.5399 • www.wwhwlaw.com

September 6, 2006

DIRECT NUMBER: 405/702-5320
E-MAIL: WALKERR@WWHWLAW.COM

**VIA FACSIMILE and MAIL**

Ira R. Mitzner, Esq.
DICKSTEIN SHAPIRO MORIN & OSHINSKY, LLP
2101 L Street NW
Washington, D.C. 20037-1526

Re:   *Flynn, et al. v. Continental Masonry Corporation*
      USDC, District of Columbia, Case No. 06-CV-00841
      Our File No. 225-3001

Dear Mr. Mitzner,

We are in receipt of the Default Notice from the Court Clerk's office. Please be advised that we are not representing Continental Masonry Corporation in this matter.

Sincerely,

RONALD L. WALKER
For the Firm

8092