UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN J. FLYNN,** *et al.*, : | |
| : | |
| **Plaintiffs,** : | |
| : | |
| v. : | Civil Action No. 06-841 (GK) |
| : | |
| **CONTINENTAL MASONRY CORP.,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Upon consideration of Plaintiffs' Motion for Entry of Default Judgment, it is hereby

**ORDERED** that the Clerk of Court shall enter a Default; and it is further

**ORDERED** that this case is referred to a Magistrate Judge for a hearing on Plaintiffs' Motion for Entry of Default Judgment.[1]

January 29, 2007            /s/
                            Gladys Kessler
                            United States District Judge

**Copies via ECF to all counsel of record**

---

[1] Counsel are directed to comply with the Local Rules of this Court, in particular, LCvR 7(c) which requires the filing of a proposed order along with any motion.