IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN J. FLYNN, JAMES BOLAND, GERALD O'MALLEY KEN LAMBERT, GERARD SCARANO, H.J. BRAMLETT EUGENE GEORGE, PAUL SONGER, CHARLES VELARDO, MATTHEW AQUILINE, GREGORY R. HESS, MICHAEL SCHMERBECK, VINCENT DELAZZERO, and BEN CAPP, JR, as Trustees of, and on behalf of the BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND, <br> 1776 Eye Street, NW, Fifth Floor <br> Washington, DC 20006 <br> (202) 783-3788, <br><br> Plaintiffs, <br><br> v. <br><br> CONTINENTAL MASONRY CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 1:06-CV-0841 <br><br> Judge: Gladys Kessler <br> (Referred to Magistrate <br> Judge Deborah A. Robinson) |

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter the appearance of Charles V. Mehler III, Esq., Dickstein Shapiro LLP, 1825 Eye Street, NW, Washington, DC 20006-5403, as one of the attorneys for the Plaintiffs, Trustees of the Bricklayers & Trowel Trades International Pension Fund, in this matter.

Date: February 15, 2007

Respectfully submitted,

By  _Charles V. Mehler_

Charles V. Mehler III, (DC Bar No. 475909)
Ira R. Mitzner, (DC Bar No. 184564)
  DICKSTEIN SHAPIRO LLP
  1825 Eye Street, NW
  Washington, DC 20006
  (202) 420-3674

*Counsel for Plaintiffs*

2214994.01

### CERTIFICATE OF SERVICE

I hereby certify that, on the 15th day of February, 2007, I caused a true and correct copy of the foregoing Notice of Appearance to be served by facsimile and first-class mail, postage prepaid, upon the following:

Continental Masonry Corporation
6820 N. Classen Boulevard
Oklahoma City, OK  73116

Andrea Newell

2