UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
JOHN FLYNN, et al.,                 :
                                    :
         Plaintiffs,                :
                                    :
         v.                         :   Civil Action No. 06-841 (GK)
                                    :
CONTINENTAL MASONRY                 :
CORPORATION,                        :
                                    :
         Defendant.                 :
_____ :

**O R D E R**

On May 16, 2007, Magistrate Judge Deborah A. Robinson recommended that Plaintiffs' Motion for Entry of Default Judgment be granted.  No objections have been filed, pursuant to L. Cv. R. 72.3(b).[1]  The Court has reviewed Judge Robinson's Report and Recommendation.  In the absence of any objections and for the reasons set forth in the Report and Recommendation, it is hereby

**ORDERED** that Plaintiffs' Motion for Entry of Default Judgment [**Dkt. #17**] is **granted**.


May 30, 2007                              /s/
                                          GLADYS KESSLER
                                          U.S. District Judge

**Copies to**: **attorneys on record via ECF**

---

[1] Local Civil Rule 72.3(b) states, in relevant part, that "Any party may file written objections to the magistrate judge's proposed findings and recommendations issued under paragraph (a) within ten days after being served with a copy thereof."  L. Cv. R. 72.3(b).