IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN J. FLYNN, JAMES BOLAND, GERALD O'MALLEY )
KEN LAMBERT, GERARD SCARANO, H.J. BRAMLETT )
EUGENE GEORGE, PAUL SONGER, CHARLES )
VELARDO, MATTHEW AQUILINE, GREGORY R. HESS, )
MICHAEL SCHMERBECK, VINCENT DELAZZERO, )
and BEN CAPP, JR, as Trustees of, and on behalf of the )
BRICKLAYERS & TROWEL TRADES INTERNATIONAL )
PENSION FUND, )
  620 F Street, NW, Suite 700 )
  Washington, DC 20004-1604 )
  (202) 783-3788, )

        Plaintiffs,

      v.                                    Case No. 06 CV-0841
                                       Judge: Gladys Kessler

CONTINENTAL MASONRY CORPORATION,

        Defendant.

## JUDGMENT

A Waiver of Service of Summons ("Waiver") naming Continental Masonry Corporation (hereinafter "Defendant") having been executed by Ronald L. Walker, Esq., then counsel for Defendant, on July 20, 2006, and an Amended Complaint having been served on Defendant on November 2, 2006, and the time for said Defendant to appear and defend herein having expired, and the Clerk having entered default, and the Plaintiffs having filed a declaration of a total amount due of $203,848.40, and Plaintiffs having moved for entry of judgment by default in that amount, it is hereby

ORDERED, ADJUDGED, AND DECREED that the final judgment in favor of Plaintiffs and against Defendant is hereby granted and ordered entered as the judgment in this action as follows:

2156428.01

1. That Plaintiffs John Flynn, James Boland, Gerald O'Malley, Ken Lambert, Gerard Scarano, H.J. Bramlett, Eugene George, Paul Songer, Charles Velardo, Matthew Aquiline, Gregory R. Hess, Michael Schmerbeck, Vincent Delazzero and Ben Capp, Jr., all of whom are Trustees of, and sue on behalf of, the Bricklayers & Trowel Trades International Pension Fund ("IPF"), 620 F Street, NW, Suite 700, Washington, DC 20004-1604, recover from Defendant Continental Masonry Corp,, 6820 N. Classen Boulevard, Oklahoma City, OK 73116 the amount due of $203,848.40, plus future interest accrued through the date of entry of judgment.

ORDERED, ADJUDGED AND DECREED that Plaintiffs have execution therefor.

Dated: ~~January~~ June 22, 2007

_Gladys Kessler_
Gladys Kessler
United States District Judge

2156428.01